**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
Telephone (817) 770-8500
Fax (817) 770-8508

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO:19-44283-ELM |
| | § | |
| WILLIAM SCOTT BROWN | § | CHAPTER 13 |
| SANDI RIDER BROWN | § | JUDGE EDWARD L MORRIS |
| DEBTORS | § § § | |

### NOTICE OF COMPLETION OF CHAPTER 13 PLAN PAYMENTS TO TRUSTEE

According to the records of the Chapter 13 Trustee the Debtors have completed all payments to the Trustee under the confirmed chapter 13 plan.

Debtors have 21 days to file a Certification and Motion for Entry of the Chapter 13 Discharge, if eligible.

/s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000
Standing Chapter 13 Trustee

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Notice of Completion of Chapter 13 Plan Payments to Trustee" was served on the parties listed below in the manner listed below on or before 03/26/2025.

**BY FIRST CLASS MAIL:**

WILLIAM SCOTT BROWN,  SANDI RIDER BROWN,  2101 LOST VALLEY DR,  EULESS, TX  76039-0000

**ELECTRONIC SERVICE:**

MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX  76021
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP, 4004 BELT LINE RD #100, ADDISON, TX  75001
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
ALDRIDGE PITE, 4375 JUTLAND DR STE #200, PO BOX 17933, SAN DIEGO, CA  92177
ALDRIDGE PITE, C/O JENNIFER LAUFGAS, 3333 CAMINO DEL RIO S #225, SAN DIEGO, CA  92108
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

/s/ Tim Truman
_____
Tim Truman, Trustee/State Bar # 20258000
Standing Chapter 13 Trustee